# In The United States District Court
## For The Northern District of Texas
### Dallas Division

| | | |
|---|---|---|
| **White Cap, LP,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 3:23-CV-2001-N** |
| | § | |
| **Daniel McSpadden, Ronald** | § | |
| **Nelson, Phil Schroeder, and** | § | |
| **SouthernCarlson, Inc.,** | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, *Plaintiff's Motion for Contempt and Sanctions*, Doc. 63, is **DENIED**.

SIGNED this June 24, 2024.

UNITED STATES DISTRICT JUDGE