IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WHITE CAP, LP, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CASE NO. 3:23-CV-2001-N |
| | § | |
| DANIEL MCSPADDEN, RONALD NELSON, PHIL SCHROEDER, AND SOUTHERNCARLSON, INC., | § § § | |
|     DEFENDANTS. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, *Defendants' Motion for Order to Show Cause*, Doc. 90, is **DENIED**.

SIGNED this 1st day of July 2024.

_____
UNITED STATES DISTRICT JUDGE